UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE HERTZ CORPORATION, ET AL | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:08-cv-00125 |
| | § | |
| MARION PUGH | § | |
|     Defendant | § | |

## ORDER ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

On _____, 2008, the Court considered Plaintiffs', The Hertz

Corporation and Hertz Vehicles, LLC, Motion For Default Judgment against Defendant, Marion

Pugh. The clerk of the court entered default on September 5, 2008. After considering the

Court's file, the Court,

GRANTS the motion for default judgment and renders judgment as follows:

Plaintiffs, The Hertz Corporation and Hertz Vehicles, LLC, owe no duty to defend and no

duty to indemnify Defendant, Marion Pugh.

SIGNED on _September 10_, 2008.

_____

U.S. DISTRICT JUDGE